Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Phillip** | | **DeGruy** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Christina** | | **DeGruy** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: EASTERN DISTRICT OF LOUISIANA

Case number
(if known) _____

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

    ■ Married
    ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

    ■ No
    ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

    | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
    |---|---|---|---|

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

    ☐ No
    ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2  Explain the Sources of Your Income

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ■ Yes. Fill in the details.

    | | Debtor 1 | | Debtor 2 | |
    |---|---|---|---|---|
    | | Sources of Income Check all that apply. | Gross income (before deductions and exclusions) | Sources of Income Check all that apply. | Gross income (before deductions and exclusions) |
    | From January 1 of current year until the date you filed for bankruptcy: | ■ Wages, commissions, bonuses, tips | $34,000.00 | ☐ Wages, commissions, bonuses, tips | $0.00 |
    | | ■ Operating a business | | ☐ Operating a business | |

Debtor 1   **Phillip DeGruy**
Debtor 2   **Christina DeGruy**                                               Case number *(if known)* _____

|  | **Debtor 1** | | **Debtor 2** | |
| --- | --- | --- | --- | --- |
|  | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
| For last calendar year:<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $85,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |
| For the calendar year before that:<br>(January 1 to December 31, 2014 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $81,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $0.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

|  | **Debtor 1** | | **Debtor 2** | |
| --- | --- | --- | --- | --- |
|  | Sources of income<br>Describe below. | Gross income from each source<br>(before deductions and exclusions) | Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |

**Part 3:   List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ■ **No.** Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
   ■ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ **Yes. Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
| --- | --- | --- | --- | --- |

| Debtor 1 | **Phillip DeGruy** | | |
|---|---|---|---|
| Debtor 2 | **Christina DeGruy** | Case number (if known) | |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

### Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Simmons Tenant Representation & Real Estate Consultants, LLC v. CoJackNJake, LLC d/b/a Phil's Grill and Phillip DeGruy** 668-449 | **Breach of Contract / Reconventional Demand for Damages** | 24th Judicial District Court P.O. Box 10 Gretna, LA 70054-0010 | ☐ Pending ☐ On appeal ■ Concluded **Settled / Dismissed** |
| **Tax Collector for the Parish of St. Tammany v. Phillip DeGruy and Phil's Grill Mandeville, LLC d/b/a Phil's Grill** 2012-10012 | Tax collection | 22nd Judicial District Court 701 N. Columbia Street Covington, LA 70433 | ■ Pending ☐ On appeal ☐ Concluded |
| **Rewards Network Establishment Services, Inc. v. CoJackNJake, LLC d/b/a Phil's Grill, Phil's Grill Mandeville, LLC d/b/a Phil's Grill, and Phillip DeGruy a/k/a Phil De Gruy** 151-655 | Collection | First Parish Court - Parish of Jefferson 924 David Dr. Metairie, LA 70003 | ☐ Pending ☐ On appeal ■ Concluded |
| **Palace Properties, LLC versus CoJackNJake, LLC, Phil's Grill Hammond Square, LLC, and Phillip DeGruy** 2001-428 | Breach of Lease and Collection | 21st Judicial District Court PO Box 788 Amite, LA 70422 | ☐ Pending ☐ On appeal ■ Concluded |
| **Gulf South Restaurant Equipment & Supply versus Phil De Gruy** 15-00609 | Collection | First City Court for New Orleans 421 Loyola Avenue #201 New Orleans, LA 70112 | ☐ Pending ☐ On appeal ■ Concluded |

| Debtor 1 | Phillip DeGruy | | |
|---|---|---|---|
| Debtor 2 | Christina DeGruy | Case number (if known) | |

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Gulf Coast Bank and Trust Company versus Phil's Grill Hammond Square, LLC, Phillip DeGruy, Elliot Wohl Triche, Sandra Theriot Triche and RVD3 Development, LLC<br>707-914 | Collection / Enforcement of Promissory Note | 24th Judicial District Court<br>PO Box 10<br>Gretna, LA 70054 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Gulf Coast Bank and Trust Company versus Phil's Grill Mandeville, LLC and Phil DeGruy<br>708-046 | Collection / Enforcement of Promissory Note and Guarantees | 24th Judicial District Court<br>PO Box 10<br>Gretna, LA 70054 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Florida Parishes Bank vs. Phil's Grill Hammond Square, LLC<br>2-1112-0039 | Open Account | City Court of Hammon<br>300 East Thomas Street<br>Hammond, LA 70401 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Edna Mae Carden v. NOLA Burger Group, LLC, Phil's On Camp, LLC, Phil De Gruy, John L. Hinds, III, and William Dubois<br>14-12457 | Petition for Breach of Contract and for Damages | Civil District Court Parish of Orleans<br>421 Loyola Ave<br>New Orleans, LA 70112 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Advanceme, Inc. versus CoJackNJake, LLC, Phil's Grill, Phillip De Gruy<br>670-413 | Collection | 24th Judicial District Court<br>PO Box 10<br>Gretna, LA 70054 | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| Quick Bridge Funding, LLC versus CoJackNJake, LLC d/b/a Phil's Grill Severn, Phil's Grill Harahan, LLC, and Phillip DeGruy<br>765-025 | Collection \| Petition to Make Foreign Judgment Executory | 24th Judicial District Court<br>PO Box 10<br>Gretna, LA 70054 | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>Judgment entered on September 29, 2016 |
| Quick Bridge Funding, LLC versus CoJackNJake, LLC d/b/a Phil's Grill, Phil's Grill Harahan, LLC, and Phillip DeGruy<br>30-2016-00840516-CU-BC-CJC | Collection | Superior Court of California, Orange Co.<br>700 W Civic Center Dr.<br>Santa Ana, CA 92701 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied? Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

   | Creditor Name and Address | Describe the Property | Date | Value of the property |
   |---|---|---|---|
   | | Explain what happened | | |

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

   ■ No
   ☐ Yes. Fill in the details.

   | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
   |---|---|---|---|

Debtor 1 **Phillip DeGruy**
Debtor 2 **Christina DeGruy** _____ Case number (if known) _____

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
   - ■ No
   - ☐ Yes

### Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
   - ☐ No
   - ■ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address:<br>**St. Rita Church**<br>**7118 Jefferson Hwy.**<br>**Harahan, LA 70123** | **Parish Support** | December 31, 2015 | $350.00 |
| Person's relationship to you: **Parish Church** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
   - ■ No
   - ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6: List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
   - ■ No
   - ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost |
|---|---|---|---|

### Part 7: List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
   Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
   - ■ No
   - ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

Debtor 1  **Phillip DeGruy**
Debtor 2  **Christina DeGruy**                                                                    Case number (if known) _____

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?
    Do not include any payment or transfer that you listed on line 16.

    ■ No
    ☐ Yes. Fill in the details.

    | Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ■ No
    ☐ Yes. Fill in the details.

    | Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
    |---|---|---|---|

    **Person's relationship to you**

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices*.)

    ■ No
    ☐ Yes. Fill in the details.

    | Name of trust | Description and value of the property transferred | Date Transfer was made |
    |---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

    ■ No
    ☐ Yes. Fill in the details.

    | Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

Debtor 1   **Phillip DeGruy**
Debtor 2   **Christina DeGruy**                                             Case number (*if known*)

## Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

    ☐ No
    ■ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Virginia M. Ferrara | Chase National Bank | Christina DeGruy holds a power of attorney for and her name is included on the Chase National Bank account of Christina DeGruy's mother, Virginia M. Ferrara. The funds in the account are exclusively the funds of Virginia M. Ferrara and are used exclusively for her care and maintenance. | Unknown |

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

    ■ No
    ☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

| Debtor 1 | Phillip DeGruy | | |
|---|---|---|---|
| Debtor 2 | Christina DeGruy | Case number (if known) | |

**Part 11: Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business  Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|
| NOLA Burger Group, LLC 319 Wainwright Drive New Orleans, LA 70123 | Holds certain intellectual properties and 40.85% of Phil's Grill Camp St, LLC / Phillip DeGruy is manager but holds no membership interest | EIN: From-To  June 2013 to present |
| RVD3 Development, LLC 319 Wainwright Drive New Orleans, LA 70123 | Management company for multiple locations of Phil's Grill / Phil DeGruy holds 79% membership interest | EIN: 27-0920538 From-To  July 10, 2009 to present |
| CoJackNJake, LLC 319 Wainwright Drive New Orleans, LA 70123 | Operates Phil's Grill location on Severn Avenue in Metaire / Phillip DeGruy holds 64% membership interest | EIN: 13-4347635 From-To  November 2, 2006 to present |
| Phil's Grill Harahan, LLC 319 Wainwright Drive New Orleans, LA 70123 | Operates Harahan location of Phil's Grill / Phillip DeGruy holds 35% membership interest | EIN: 27-1982152 From-To  February 25, 2010 to present |
| Phil's on Camp, LLC 319 Wainwright Drive New Orleans, LA 70123 | Operated Phil's Grill location on Camp Street from Summer 2013 to Fall 2014 / Phillip DeGruy holds no membership interest in this LLC, | EIN: 80-0938258 From-To  June 12, 2013 to present |
| Phil's Grill Place St. Charles 319 Wainwright Drive New Orleans, LA 70123 | Operated a Phil's Grill location at 201 St. Charles Avenue from Summer 2014 to Summer 2015 / Phillip DeGruy holds a 46.41% membership interest in this entity | EIN: 46-5530706 From-To  May 3, 2014 to present |

Debtor 1 **Phillip DeGruy**
Debtor 2 **Christina DeGruy**

Case number (if known)

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|
| Phil's Grill Mandeville, LLC<br>319 Wainwright Drive<br>Harahan, LA 70123 | Operated a Phil's Grill location in Mandeville / Phillip DeGruy holds a 90% membership interest in this entity | EIN:<br>From-To June 13, 2008 to present |
| Phil's Grill Hammond Square, LLC<br>319 Wainwright Drive<br>Harahan, LA 70123 | Operated a Phil's Grill location in Hammond / Phillip DeGruy holds approximately 60% membership interst in this entity | EIN:<br>From-To July 10, 2009 to present |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
■ Yes. Fill in the details below.

Name
Address
(Number, Street, City, State and ZIP Code)         Date Issued

Gulf Coast Bank and Trust
c/o Wayne A. Maiorana, Jr.
433 Metairie Rd, #600
Metairie, LA 70005

**Part 12:** Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

*/s/ Phillip DeGruy*                    */s/ Christina DeGruy*
Phillip DeGruy                           Christina DeGruy
Signature of Debtor 1                    Signature of Debtor 2
Date 12/08/16                            Date 12/8/16

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?
■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).