IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| IN THE MATTER OF:<br><br>**DEGRUY, PHILLIP**<br>**DEGRUY, CHRISTINA**<br><br>D E B T O R (S) | NO. 16-12992<br><br>SECTION B<br><br><br><br>CHAPTER 7 |
|---|---|

**O R D E R**

Considering the Trustee's Petition of Disclaimer and Abandonment, it is:

HEREBY ORDERED that the above-named Trustee's action to abandon and disclaim property described as:

- **Non-Exempt Household Goods and Furnishings, as being unworthy of administration;**
- **Real Estate bearing Municipal No. 319 Wainwright Dr., Harahan, LA 70123, as being encumbered in excess of its value;**
- **diamond engagement ring and diamond wedding ring, as being unworthy of administration;**
- **Phil's on Camp, LLC, as being a burden to the estate to pursue; and otherwise, as being unworthy of administration;**
- **NOLA Burger Group, LLC, as being a burden to the estate to pursue; and otherwise, as being unworthy of administration;**
- **Phil's Grill Hammond Square, as being a burden to the estate to pursue; and otherwise, as being unworthy of administration;**
- **Phil's Grill Harahan, LLC, as being a burden to the estate to pursue; and otherwise, as being unworthy of administration;**
- **Phil's Grill Place St. Charles, as being a burden to the estate to pursue; and otherwise, as being unworthy of administration;**
- **CoJackNJake, LLC, as being a burden to the estate to pursue; and otherwise, as being unworthy of administration;**
- **RVD3 Development, LLC, as being a burden to the estate to pursue; and otherwise, as being unworthy of administration;**
- **Phil's Grill Mandeville, LLC, as being a burden to the estate to pursue; and otherwise, as being unworthy of administration;**
- **2012 Honda Pilot, as being encumbered in excess of its value;**
- **2000 Toyota Corolla, as being unworthy of administration;**
- **2013 Toyota Tacoma, as being encumbered in excess of its value;**
- **Funds on Deposit of $2,271.20, as being a burden to the estate to pursue; and otherwise, as being unworthy of administration.**

be confirmed and approved; and let a certified copy of such petition and this Order suffice for all

evidential and other legal purposes including recordation, when appropriate.

New Orleans, Louisiana, January 10, 2017.

*J. A. Brown*
_____

Jerry A. Brown
U.S. Bankruptcy Judge